**PRISONER CASE**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

**FILED**
FEB 0 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FEB 0 5 2008

| | |
|---|---|
| **Plaintiff(s):** United States of America ex rel. DARRYL R. DUNCAN | **Defendant(s):** YOLANDE JOHNSON, etc., et al. |
| **County of Residence:** WARREN | **County of Residence:** |
| **Plaintiff's Address:** Darryl R Duncan B-79384 Vienna - VNA 6695 State Route 146 East Vienna, IL 62995 | **Defendant's Attorney:** Chief of Criminal Appeals Illinois Attorney General's Office 100 West Randolph - 12th Floor Chicago, IL 60601 |

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**08CV 777**
**JUDGE BUCKLO**
**MAGISTRATE JUDGE KEYS**

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** A. E. Woodham    **Date:** 02/05/2008

Bucklo 05C 4106
Keys