FEB 0 5 2008

**FILED**

FEB 0 5 2008 *aew*

7/18/02

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

_Darryl R. Duncan_
Plaintiff

v.

_Warden Yolande Johnson_
Defendant(s)

08CV 777
JUDGE BUCKLO
MAGISTRATE JUDGE KEYS

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, _Darryl R. Duncan_, declare that I am the ☐plaintiff ☐petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒Yes   ☐No   (If "No," go to Question 2)
   I.D. # _B79384_   Name of prison or jail: _____
   Do you receive any payment from the institution? ☐Yes ☐No   Monthly amount: _____

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: _10-9-04_
      Monthly salary or wages: _$1000.00 to $2,500.00 a month_
      Name and address of last employer: _Self Employed D. Duncan Maintenance_

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages   ☐Yes   ☒No
      Amount _____ Received by _____

b. ☐ Business, ☐ profession or ☐ other self-employment       ☐ Yes    ☒ No
Amount_____ Received by_____

c. ☐ Rent payments, ☐ interest or ☐ dividends       ☐ Yes    ☒ No
Amount_____ Received by_____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
☐ Yes    ☒ No
Amount_____ Received by_____

e. ☐ Gifts or ☐ inheritances       ☐ Yes    ☒ No
Amount_____ Received by_____

f. ☐ Any other sources (state source:_____)       ☐ Yes    ☒ No
Amount_____ Received by_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?    ☐ Yes    ☒ No    Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?    ☐ Yes    ☒ No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐ Yes    ☒ No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
☐ Yes    ☒ No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐ No dependents
_____
_____

Att. Trust Fund Office

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS
RESIDENT REQUEST

DC7177
IL426-0432

ASSIGNMENT: None

NAME: DUNCAN, DARRYL R.   NUM: B79384   HSE: 1   GAL: B

DATE: 1-22-08   CELL: 24

I REQUEST AN INTERVIEW WITH Trust Fund TO DISCUSS THE FOLLOWING Please fill out the attached form and mail it back to me soon as possible. Thanks!

RESIDENT SIGNATURE: Darryl Duncan

REASON FOR INTERVIEW MUST BE COMPLETE AND CONSISE

see Attached?

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 1-22-08

*Darryl R. Duncan*
Signature of Applicant

*Darryl R. Duncan*
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.#_____, has the sum of $_____ on account to his/her credit at (name of institution)_____.
I further certify that the applicant has the following securities to his/her credit:_____. I further certify that during the past six months the applicant's average monthly deposit was $_____.
(Add all deposits from all sources and then divide by number of months).

_____        _____
DATE                                              SIGNATURE OF AUTHORIZED OFFICER

                                                       _____
                                                              (Print name)

Rev. 7/18/02

-3-

*See Attached.*

Date: 1/23/2008    Case 1:08-cv-00777   Document 3   Filed 02/05/2008   Page 5 of 5    Page 1
Time: 1:38pm
d_list_inmate_trans_statement_composite

**Vienna Correctional Center**
**Trust Fund**
View Transactions

**Inmate:** B79384 Duncan, Darryl R.     **Housing Unit:** VIE-01-B -24

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 01/23/08 | Mail Room | 04 Intake and Transfers In | 023234 | 95907 | Hill C.C. | 52.36 | 52.36 |

| | |
|---|---|
| Total Inmate Funds: | 52.36 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 52.36 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

We can only provide you with information for your time incarcerated here. You only arrived here 1/16/08.