

1-31-08

**FEB 0 5 2008**
**FILED**

FEB 0 5 2008 aew

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Mr. Dobbins - Clerk,

My name is Darryl R. Duncan #B29384.
Please, file the enclosed, "Petition For Writ Of Habeas Corpus", "The Motion For Appointment Of Counsel" and "The Informa Pauperis Application" & "Financial Affidavit."
Also please let me know, when it's filed.
Also, please inform the Court that they are going to have to send and "Order the Trust Fund Here To Send $5.00 for filing on this "Habeas Corpus".
I want to, Thank You for Your Time And Concern; Please Reply.

Thanks!
Respectfully
Darryl R. Duncan

Darryl R. Duncan B29384
6695 State Route #146 East
Vienna, Illinois
62995

08CV 777
JUDGE BUCKLO
MAGISTRATE JUDGE KEYS