In the U.S. District Court for
the Northern District of Illinois

08cv777

Darryl R. Duncan, Plaintiff

v.

Warden Johnson

Case No: 08cv777
Judge: Bucklo

FILED
May 21, 2008
MAY 21 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Clerk,

    Please, note that I had to file a complaint in the U.S Southern District about Vienna C.C, trust fund workers a, Ms. Verkey and a Ms. McCall the case number is #08-315-JPG, they are violating my 1st amendment by retaliation, causing undue hardship by taking the petitioners funds and over charging on 20% monthly payments to the courts?! Holding said payments for the court.

    Also, the petitioner is in pain due to being injured in I.D.O.C. and is not receiving proper medical care and is being threatened with seg also in complaint in U.S. Southern Court 08-315-JPG.

    Please, note for the judge counsel is needed.

Please Reply To:
Darryl R. Duncan B79384
6695 State Route #146 East
Vienna Ill, 62995
618-658-8271

"OFFICIAL SEAL"
J. Karen Jones
Notary Public, State of Illinois
My Commission Exp. 06/05/2008

15 May 2008
Karen Jones
Notary Public