Case #08C777                                           6-5-08

Dear Clerk Mr. Dobbins,

My name is, Darryl R. Duncan, I'm an inmate at, Taylorville C.C. I'm identified as B79384.

I'm writing to inform you and this honorable court, that! I have been moved to another facility. My new mailing address is as follows below.

I, did send in all information as requested by, Judge Bucklo, on 4/24/08.

Can't you, Please send me the status of this case? #08C777

I want to, "Thank You For Your Time And Concern".

Please Reply To:

Darryl R. Duncan B79384
P.O Box 900
Taylorville, Ill.
62568
Telephone #217-824-4004

**FILED**

JUN 10 2008
JUN 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Respectfully,
Darryl R. Duncan