In The
United States District Court For
The Northern District Of Illinois

| Darryl R. Duncan | Case. No. 08C777 |
| v. | Judge. Bucklo |
| Warden Johnson | |

Notice Of Address Change And Request For Status:

1. The plaintiff Darryl R. Duncan has changed Mailing Addresses. The New Mailing Address is:
Darryl R. Duncan B79384
P.O Box 900
Taylorville, Ill.
62568
Telephone # 217-824-4004

2. The plaintiff is requesting status.

3. The plaintiff did send in required, "Memorandum In Response To Why Petition For Writ Of Habeas Corpus Shouldn't Be Dismissed," on May 15, 2008. Also plaintiff did mention all the form of reprisal within I.D.OC and is also requesting an investigation. Please Reply To:
Darryl R. Duncan B79384
P.O Box 900
Taylorville, Ill.
62568
Telephone # 217-824-4004

Respectfully
Darryl R. Duncan

— See Attached —
Notary Public

Affidavit

I, declare that this attached affidavit and Notice Of Address Change And Request for Status is true and correct and is submitted by the plaintiff and other inmates due to the fact that the plaintiff has a Mental History and lacks the capibility. Not to mention the pain and suffering and the fact that there is No Paralegal here at Taylorville C.C. to help with legal issues, In the interest of justice Please Reply To:

Darryl R. Duncan B79384
P.O Box 900
Taylorville, Ill.
62568
Telephone # 217-824-4004

Respectfully,
Darryl R. Duncan

— See Attached —
Notary Public

## DECLARATION UNDER PENALTY OF PERJURY

I, _Darryl R. Duncan_, Pro se, decalre under penalty of perjury that I am the maker of the foregoing pleading/document, that I have read the contents thereof, and that the information contained therein is true and correct. I further declare under penalty of perjury that the EXHIBITS (if any) attached to the foregoing pleading/document are what they are represented to be and that the information contained therein is true and correct and is a matter of record. 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

Signed this _21_ day of _June_, _2008_.

_____
(Signature)

## CERTIFICATE OF SERVICE

I, _Darryl R. Duncan_, Pro se, hereby certify that the proper number of copies of the foregoing pleading/document have been mailed to the Clerk of the Court and to (opposing parties) and/or Opposing Counsel of record in this cause by placing the copies, with First Class Postage paid, in the United States Mail at the _Taylorville C.C._, _Taylorville_, Illinois, _62568_, on this _21_ day of _June_, _2008_. This certificate of service is made under penalty of perjury. 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

Signed this _21_ day of _June_, _2008_.

_____
(Signature)

***ONLY FOR USE IN FEDERAL COURTS***