# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0777 | **DATE** | 6/30/2008 |
| **CASE TITLE** | U.S. ex rel. Darryl R. Duncan (B79384) v. Sims | | |

**DOCKET ENTRY TEXT**

Petitioner has been transferred to the Taylorville Correction Center. Gregory C. Sims is substituted as respondent. On the Court's own motion, Petitioner has an additional 30 days from the date of this order to pay the $5 filing fee. If Petitioner does not pay the $5 filing fee by this date, the court shall enter judgment dismissing the case.

■[For further details see text below.]     Docketing to mail notices.

## STATEMENT

    On April 24, 2008, Petitioner was ordered to pay the $5 filing fee and to show cause why his petition for *habeas corpus* should not be dismissed for failure to exhaust his state court appeals by May 30, 2008. On May 21, 2008, Petitioner filed a response addressing whether he has exhausted his state court appeals. Petitioner has not paid the $5 filing fee. On the Court's own motion, Petitioner has an additional 30 days from the date of this order to pay the $5 filing fee. If Petitioner does not pay the $5 filing fee by this date, the court shall enter judgment dismissing the case. *See Brekke v. Morrow*, 840 F.2d 4, 5 (7th Cir. 1988).