IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. DARRYL R. DUNCAN, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 08 C 0777 |
| GREGORY C. SIMS, Warden, | ) ) | The Honorable Elaine E. Bucklo, |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF MOTION

**To:** Darryl R. Duncan, No. B79384
Taylorville Correctional Center
P.O. Box 900
Taylorville, Il. 62568

On Thursday, September 4, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable Judge Elaine B. Bucklo in Room 1441, or any judge sitting in her stead in the courtroom usually occupied by her, at 219 South Dearborn Street, Chicago, Illinois, and present the attached MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO THE PETITION FOR WRIT OF HABEAS CORPUS.

.

>       LISA MADIGAN
>       Attorney General of Illinois
>
> By:   s/Russell K. Benton_____
>       RUSSELL K. BENTON, Bar # 6203142
>       100 West Randolph Street, 12th Floor
>       Chicago, Illinois 60601-3218
>       PHONE: (312) 814-2113
>       FAX: (312) 814-5166
>       E-MAIL: Rbenton@atg.state.il.us