**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Darryl R Duncan
                      Plaintiff,

v.                                            Case No.: 1:08−cv−00777
                                            Honorable Elaine E. Bucklo

Gregory C Sims
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:Respondent's motion for extension of time until 10/2/08 to answer or otherwise plead to the petition for writ of habeas corpus [16] is granted. Accordingly, the petitioner has until 11/3/08 to file a reply. Target date for ruling by mail set for 12/19/08. Status hearing reset for 12/31/2008 at 09:30 AM.mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.